UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KOREY FARMER, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TJ INSPECTION, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§   Case No. 5:22-cv-00066-DAE<br>§<br>§<br>§<br>§ |

**ORDER**

THE COURT, having considered the Parties' Agreed Motion for Collective Action Notice (Dkt. No. 18), and otherwise being fully advised in the matter, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT:

1. The Court hereby allows notice to be sent to members of the following putative collective action, pursuant to U.S.C. § 216(b), for purposes of this case:

    Current and former inspectors employed by TJ Inspection, Inc., who did not have a guarantee of at least four days of their day rate during at least one week in the three years prior to the Court's Order granting notice (the "Putative Collective Members").

2. The Court approves the Parties' proposed forms for notice to the Putative Collective Members, consent to join, and text message and email notification (Exhibit 1 to the Agreed Motion). The Court further orders that the Parties follow the below schedule in connection with notice to the Putative Collective Members:

| DEADLINE | SUBJECT |
|---|---|
| **21 days from the date of this Order** | Defendant to provide to Plaintiff's Counsel in Excel (.xlsx) format the following information regarding all Putative Collective Members to the extent Defendant has this information in its possession: full name; last known address(es) with city, state, and zip code; last known e-mail address(es) (non-company address); last known personal phone number; and beginning date(s) and ending date(s) (if applicable) during which the Putative Collective Member was |

-2-

| DEADLINE | SUBJECT |
|---|---|
| | employed by Defendant as an inspector and did not have a guarantee of at least four days of their day rate during the three years prior to the Court's Order granting notice. |
| **30 days from the date of this Order** | Plaintiff's Counsel shall send a copy of the Court-approved Notice and Consent Form to the Putative Collective Members by First Class U.S. Mail and by text message and email.  Plaintiff's Counsel shall inform Defendant of the date on which such Notice and Consent Form is mailed. |
| **45 days from mailing of Notice and Consent Forms to Putative Collective Members** | The Putative Collective Members shall have 45 days to return their signed Consent forms to Plaintiff's Counsel for filing with the Court. |

SIGNED on this the 6th day of July, 2022.

_____
David Alan Ezra
Senior United States District Judge