## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| KOREY FARMER, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TJ INSPECTION, INC. | **No. 5:22-cv-00066-DAE**<br>Collective Action (29 U.S.C. § 216(b)) |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has before it the Plaintiff Korey Farmer's—on behalf of himself and other similarly situated—and Defendant TJ Inspection's Joint Stipulation of Dismissal filed on November 21, 2022.  (Dkt. # 33.)  The Court finds the stipulation well-taken and is of the opinion that it should be **GRANTED**.  Pursuant to the Parties' stipulation under FED. R. CIV. P. 41(a)(1)(A)(ii), this case is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.  The Clerk is **INSTRUCTED** to **CLOSE** the case.

SIGNED on this the 22nd day of November, 2022.

_____

David Alan Ezra
Senior United States District Judge